# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALL WRAPPED UP SIGNS AND GRAPHIX LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>VISA INC.,<br><br>        Defendant. | Case No: 1:24-cv-07435-JGK-SLC |

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Zachary I. Krowitz for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of California; and that his contact information is as follows:

>Zachary I. Krowitz
>Cohen Milstein Sellers & Toll PLLC
>1100 New York Ave. NW, Suite 500
>Washington, DC 20005
>Telephone: 202-408-4600; Fax: 202-408-4699
>Email: zkrowitz@cohenmilstein.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff All Wrapped Up Signs and Graphix LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/18/24

_____
Judge John G. Koeltl