UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: VISA DEBIT CARD ANTITRUST LITIGATION

24-cv-7435 (JGK)
24-cv-9430 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has signed the proposed order granting the cardholder plaintiffs' motion for consolidation and other relief. The Court notes that the Court in the Western District of Missouri today signed the Order transferring to the Southern District Of New York Fletcher et al. v. Visa Inc, No. 4-24-cv-00752.

When the Fletcher case is received in the Southern District of New York, the plaintiffs should file a related-case statement to In re Visa Debit Card Antitrust Litigation, No. 24-cv-7435, and the Assignment Committee of this Court will determine whether it should be transferred to this Court as a related case.

The Clerk is directed to close ECF No. 6 in case no. 24-cv-9430.

SO ORDERED.

Dated:   New York, New York
         December 16, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge