# Arnold & Porter

**Anne P. Davis**
+1 202.942.6197 Direct
Anne.Davis@arnoldporter.com

*[Handwritten: File in: 24 CV 7435 (JGK) & 24 cv 7214 (JGK).]*

December 19, 2024

**BY ECF**

*[Handwritten: The January 6, 2025 Conference in this consolidated case is adjourned to January 28 2025 at 2:30 P.M. in Courtroom 14A. The January 6, 2025 conference in U.S. v. Visa, 24 cv 7214 remains unchanged. So ordered. JGK(?) U.S.D.J. 12/20/24]*

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *In re: Visa Debit Card Antitrust Litigation*, 1:24-cv-07435-JGK
       Joint Request for Adjournment of January 6, 2025 Initial Conference

Dear Judge Koeltl:

*[Handwritten: The Clerk is directed to close ECF. N. 47. JGK]*

On behalf of defendant Visa Inc. ("Visa") we respectfully submit this joint request by the parties for a short adjournment of the January 6, 2025 Initial Conference in the above-captioned action by a few weeks to afford the parties additional time to meet and confer and submit a Rule 26(f) report. This request would not impact the Conference in *United States v. Visa Inc.*, 1:24-cv-07214, also scheduled for January 6.

As your Honor is aware, to date four putative merchant class actions and two putative cardholder class actions have been consolidated in this Court, with a third putative consumer class action pending transfer from the Western District of Missouri. There remain two related, putative cardholder class actions pending in the Northern District of California: *Pantano v. Visa, Inc.*, Case No. 3:24-cv-07365 (N.D. Cal.) and *Bueno v. Visa Inc.*, 3:24-cv-8968 (N.D. Cal.). There is also a motion (filed by plaintiff Pantano) pending before the Judicial Panel on Multidistrict Litigation to centralize in the Northern District of California all private litigation concerning allegations that defendant unlawfully monopolized a purported market for debit network services. *See* MDL No. 3137, ECF No. 1. Earlier this week, plaintiffs in both of those California actions agreed to voluntarily transfer their cases to this Court and plaintiff Pantano has agreed to withdraw his motion before the JPML. Accordingly, Visa anticipates that all of the related private merchant and cardholder actions that are not currently pending in this District will be transferred here soon.

In the interest of efficiency, Visa proposed to both the merchant and consumer plaintiffs that the parties wait a few weeks for these venue issues to be fully resolved so that all parties may participate together in a single Rule 26(f) meet and confer. Visa also contacted the government in the related action (*United States v. Visa Inc.*, 1:24-cv-07214),

Case 1:24-cv-07435-JGK    Document 47    Filed 12/19/24    Page 2 of 2

# Arnold&Porter

December 19, 2024
Page 2

to commence discussions on coordination among the government and private actions. Those discussions will also inform the issues to be addressed in the Rule 26(f) conference. Plaintiffs in the above-captioned actions agreed to a short adjournment of the Initial Conference by a few weeks in light of those issues, and consented to this application.

Pursuant to I.E. of Your Honor's Individual Practices, we confirm that there have been no prior requests for an adjournment of this conference.

Thank you for considering this request.

Respectfully Submitted,

/s/ *Anne P. Davis*

Copies to all counsel of record by ECF