UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VISA DEBIT CARD ANTITRUST LITIGATION | Civil Action No.: 24-cv-7435 (JGK) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF T. BRENT JORDAN *PRO HAC VICE*

The motion of T. Brent Jordan, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows.

> T. Brent Jordan
> JOSEPH SAVERI LAW FIRM, LLP
> 601 California Street, Suite 1505
> San Francisco, California 94108
> Telephone:   (415) 500-6800
> Facsimile:   (415) 395-9940
> Email:       tbjordan@saverilawfirm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Antoinette Jenkins and Soniya Dhillon in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/9/25

Hon. John G. Koeltl
United States District Judge