```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

IN RE VISA DEBIT CARD ANTITRUST
LITIGATION

24-cv-7435 (JGK)

ORDER

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The initial conference in these consolidated cases is scheduled for January 28, 2025 at 2:30 p.m. ECF No. 48. The parties should file a Rule 26(f) report in the consolidated cases by **January 24, 2025.**

SO ORDERED.

Dated:　New York, New York
　　　　 January 20, 2025

　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge