UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VISA DEBIT CARD ANTITRUST LITIGATION | Civil Action No.: 24-cv-7435 (JGK) |

## [~~PROPOSED~~] ORDER GRANTING CARDHOLDER PLAINTIFFS' MOTION TO APPOINT INTERIM EXECUTIVE COMMITTEE COUNSEL

Now before the Court is Cardholder Plaintiffs' letter-motion pursuant to Rule 23(g)(3) to appoint Interim Executive Committee Counsel on behalf of the Cardholder Class.

The Court hereby ORDERS:

1. Plaintiffs' motion to appoint Interim Executive Committee Counsel on behalf of the Cardholder Class is GRANTED.

2. Bathaee Dunne LLP and Lite DePalma Greenberg & Afanador, LLC, counsel of record for Cardholder Plaintiffs in the related and consolidated actions, are appointed as Interim Executive Committee Counsel on behalf of the Cardholder Class under Federal Rule of Civil Procedure 23(g)(3), effective January 23, 2025.

3. All terms of the Court's prior Orders concerning Class Leadership, including the Order Granting Cardholder Plaintiffs' Motion for Consolidation, Appointment of Interim Leadership, and Adopting Interim Schedule dated December 13, 2024 [Doc. 37], including but not limited to the recitation of the duties and responsibilities of Interim Co-Lead Counsel, and the duties of all Cardholder Plaintiffs' counsel to keep

contemporaneous time records and periodically submit summaries or other records of time and expenses to Interim Co-Lead Counsel, remain in full force and effect.

4. The appointments made in this Order shall continue until further order of the Court.

SO ORDERED this 23 day of January, 2025.

_____
John G. Koeltl, United States District Judge