UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VISA DEBIT CARD ANTITRUST LITIGATION | Civil Action No.: 24-7435 (JGK) |

**DECLARATION OF MARGARET A. ROGERS**

Margaret A. Rogers declares as follows:

1. I am a member of the bar of this Court and a partner with the law firm Arnold & Porter Kaye Scholer, LLP, attorneys for Defendant Visa Inc. (Visa) in the above-captioned action. I submit this declaration in support of Visa's Motion to Dismiss the Amended Consolidated Cardholder Complaint ("ACCC") (ECF No. 53).

2. Attached hereto as Exhibit 1 is a true and correct copy of the Payment Platform Agreement, a contract between Visa and Apple Inc. dated August 29, 2014. This document is referenced at paragraphs 137–139 of the ACCC.

3. Attached hereto as Exhibit 2 is a true and correct copy of Amendment No. 9 to the Apple-Visa Payment Platform Agreement, a contract between Visa and Apple Inc. dated June 3, 2021. The Apple-Visa Payment Platform Agreement is referenced at paragraphs 137–139 of the ACCC.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Visa Global Strategic Merchant Initiative Agreement, a contract between Visa and Apple Inc. dated April 1, 2022. This document is referenced at paragraphs 137–139 of the ACCC.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Amended and Restated Visa-PayPal Strategic Partnership Agreement, a contract between Visa and PayPal, Inc. dated July 1, 2022. This document is referenced at paragraph 123 of the ACCC.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the Amended and Restated Visa Direct Agreement, a contract between Visa and Block Inc. (formerly called Square) dated May 1, 2023. This document is referenced at paragraph 131 of the ACCC.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: February 24, 2025
       New York, New York

Margaret A. Rogers
250 West 55th Street
New York, NY 10019
Tel. (202) 942-6171
margaret.rogers@arnoldporter.com

2