# Arnold & Porter

Anne P. Davis
+1 202.942.6197 Direct
Anne.Davis@arnoldporter.com

February 24, 2025

**VIA ECF FILING**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

2/25/25   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re:   *In re: Visa Debit Card Antitrust Litigation*, No. 24-cv-7435 (JGK) –
Motion to Seal Exhibits In Support of Motions to Dismiss

Dear Judge Koeltl:

On behalf of defendant Visa Inc. ("Visa"), and pursuant to Rule VI.A.2 of Your Honor's Individual Practices, we respectfully request permission to file under seal, the same five non-public business contracts between Visa and third parties that Your Honor sealed in the related action *United States v. Visa*, No. 1:24-cv-07214 (JGK), Dkt. No. 41. Plaintiffs take no position on this request.

We appreciate the Court's consideration and would be happy to provide additional briefing to the Court if necessary.

Respectfully submitted,

*/s/ Anne P. Davis*

Anne P. Davis

Copies to all counsel of record by ECF

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | www.arnoldporter.com