UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: VISA DEBIT CARD ANTITRUST LITIGATION

24-cv-7435 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the Cardholder Complaint (ECF No. 112) and motion to dismiss the Merchant Complaint (ECF No. 114).

SO ORDERED.

Dated:   New York, New York
         May 9, 2025

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge