UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VISA DEBIT CARD ANTITRUST
LITIGATION

24-cv-7435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on Visa, Inc.'s motions to dismiss (ECF Nos. 112 and 114) and the plaintiffs' motion to modify the case management order (ECF No. 149) on **Thursday, September 25, 2025, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
          September 12, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge