UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VISA DEBIT CARD ANTITRUST
LITIGATION

24-cv-7435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The oral argument originally scheduled for September 25, 2025, is adjourned to **Tuesday, October 7, 2025, at 4:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         September 18, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge