UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VISA DEBIT CARD ANTITRUST
LITIGATION

24-cv-7435 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

On August 20, 2025, the MDL 1720 court issued an order denying Visa, Inc.'s motion to enforce the MDL 1720 settlement agreement. See In re Payment Card Interchange Fee & Merch. Disc. Litig., No. 05-md-1720, ECF No. 9647 (E.D.N.Y. Aug. 20, 2025). By **October 27, 2025,** the parties are directed to submit letter briefs addressing the effect of that order, if any, on Visa, Inc.'s pending motion to dismiss the merchant complaint in this action.

SO ORDERED.

Dated:   New York, New York
         October 23, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge