December 12, 2025

**Via ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United
States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

12/12/25

Re: *In re: Visa Debit Card Antitrust Litigation*,
    No. 1:24-cv-07435 (S.D.N.Y.)

Dear Judge Koeltl:

    All private parties write jointly to request an adjournment of our deadline to submit a supplemental Rule 26(f) report from December 12, 2025 to December 19, 2025.

    On November 26, 2025, the parties filed a joint stipulation and proposed order to extend the deadline to submit a supplemental Rule 26(f) report (including an amended case schedule) from November 28, 2025 to no later than December 12, 2025 (*see* ECF No. 177). On November 28, 2025, the Court granted the parties' proposed order (*see* ECF No. 178).

    Since then, per the Court's instructions, the parties have continued to work diligently and cooperatively to coordinate discovery and scheduling between the above captioned cases and *United States v. Visa*, 1:24-cv-07214-JGK ("Government Case") to the extent feasible. While those discussions have been ongoing, the parties also have continued to advance phase 2 discovery under the Case Management Order (*see* ECF Nos. 98 and 137).

    The parties have narrowed the issues in dispute and believe that, with an extra week, they could narrow their disputes still further, and perhaps even reach consensus, as to proposed amendments to the case schedule. The parties therefore jointly propose to the Court that the deadline to submit a supplemental Rule 26(f) report be adjourned, and that the parties negotiate a supplemental Rule 26(f) report (including an amended case schedule) in coordination with the ongoing discussions in the Government Case and submit that report to the Court no later than December 19, 2025.

Respectfully submitted,

/s/ *Alex Bodaken*
Alex Bodaken
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ *Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street

Hon. John G. Koeltl
December 12, 2025
Page 2

1100 New York Ave. NW, Eighth Fl.
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
abodaken@cohenmilstein.com

Daniel P. Weick
HAUSFELD LLP
33 Whitehall Street 14th Floor
New York, NY 10004
Tel: (646) 357-1100
dweick@hausfeld.com

*Co-Lead Counsel for Merchant Plaintiffs
and the Proposed Class*

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Adam J. Zapala
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Merchant
Plaintiffs and the Proposed Class*

/s/ *Richard M. Paul*
Richard M. Paul III
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Fransico, California 94108

New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

Beth A. Wilkinson
Kieran Gostin
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa Inc.*

Hon. John G. Koeltl
December 11, 2025
Page 3

Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*