**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: VISA DEBIT CARD ANTITRUST LITIGATION

/s/ John G. Koeltl, U.S.D.J.
Date: 8/19/2026

Civil Action No. 24-cv-7435 (JGK)

**~~[PROPOSED]~~ ORDER GRANTING**
**MOTION FOR WITHDRAWAL OF REBEKAH NINAN**

The Motion for Withdrawal of Rebekah Ninan as counsel for Plaintiff Yabla Inc. is hereby

**GRANTED.**

DATED: ___________________

___________________________
United States District Court Judge
Hon. John G. Koeltl