COHENMILSTEIN

Cohen Milstein Sellers & Toll LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
cohenmilstein.com

Brent W. Johnson
**O:** 202.408.4600
**D:** 202.589.2271
bjohnson@cohenmilstein.com

September 2, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re: Visa Debit Card Antitrust Litigation*, No. 1:24-cv-07435 (JGK-SLC)

Dear Judge Koeltl:

The parties write jointly pursuant to Individual Practice I(A) regarding the Joint Amended Rule 26(f) Report and Scheduling and Case Management Order ("Case Management Order"), entered on January 15, 2026 (ECF No. 184). The parties participated in a telephonic conference with Magistrate Judge Cave on August 28, 2026, regarding an extension of the current discovery deadline and its parameters. After the call, the parties met and conferred regarding the case schedule.

The parties are aligned in their proposal to amend the Case Management Order and attach to this letter their [Proposed] Order Amending the Joint Amended Scheduling and Case Management Order for the Court's review.

The parties appreciate the Court's time and attention in this matter and respectfully request that the Court enter their proposed order.

Respectfully submitted,

/s/ *Brent W. Johnson*
Brent W. Johnson (Attorney Bar Code 4955745)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Eighth Fl.
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

*Co-Lead Counsel for Merchant Plaintiffs and the Proposed Class*

/s/ *Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

*Counsel for Defendant Visa Inc.*

/s/ *Richard M. Paul III*
Richard M. Paul III (pro hac vice)
PAUL LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*