**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

**VISA DEBIT CARD ANTITRUST LITIGATION**

**24-cv-7435 (JGK)**

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above-titled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X__ Motion/Dispute:*

**Deposition Scheduling Disputes**

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

______________________________

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: ____

**SO ORDERED.**

**Dated:** **New York, New York**
**September 3, 2026**

____/s/ John G. Koeltl____
**John G. Koeltl**
**United States District Judge**

* Do not check if already referred for general pretrial.