The parties should provide a status report by November 9, 2026. So ordered.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: VISA DEBIT CARD ANTITRUST LITIGATION | Civil Action No. 1:24-cv-07435-JGK |

**JOINT STATUS REPORT**

Pursuant to the Class Plaintiffs' and Visa's Joint Amended Rule 26(f) Report and Scheduling and Case Management Order (ECF No. 184) and the Court's September 29, 2026 Order (ECF No. 297), the parties provide the following joint status report regarding their negotiations concerning structured data.[1] The parties have continued to confer regarding Class Plaintiffs' outstanding structured data requests and have made some progress in their negotiations. In addition to the topics on which the parties have continued to negotiate over the past months, last week, Class Plaintiffs requested additional information regarding a database containing merchant-specific information. Visa is investigating that request. The parties plan to continue working cooperatively toward resolution of the remaining issues and will provide a further status update by November 9, 2026.

[signature] U.S.D.J. 10/15/26

Dated: October 12, 2026

Respectfully submitted,


*/s/ Brent W. Johnson*
Brent W. Johnson (Attorney Bar Code 4955745)
Daniel McCuaig (pro hac vice)
Zachary Krowitz (pro hac vice)
Cohen Milstein Sellers & Toll LLP

*/s/ Margaret A. Rogers*
Margaret A. Rogers
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000


[1] The parties previously filed joint status reports on data negotiations on January 9, 2026 (ECF No. 182), February 13, 2026 (ECF No. 191), March 13, 2026 (ECF No. 208), April 17, 2026 (ECF No. 224), May 8, 2026 (ECF No. 231), June 12, 2026 (ECF No. 237), July 10, 2026 (ECF No 242), August 10, 2026 (ECF No. 254), and September 28, 2026 (ECF No. 296).

1100 New York Ave. NW, Eighth Fl.
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
dmccuaig@cohenmilstein.com
zkrowitz@cohenmilstein.com

/s/ Daniel P. Weick
Daniel P. Weick
Scott Martin
Hausfeld LLP
33 Whitehall Street 14th Floor
New York, NY 10004
Tel: (646) 357-1100
dweick@hausfeld.com
smartin@hausfeld.com

Brian A. Ratner (pro hac vice)
Jane Shin (pro hac vice)
HAUSFELD LLP
888 16th Street, NW, Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
bratner@hausfeld.com
jshin@hausfeld.com

Christopher L. Lebsock (pro hac vice)
HAUSFELD LLP
600 Montgomery Street Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

*Co-Lead Counsel for Merchant Plaintiffs and the Proposed Class*

/s/ Christopher J. Cormier
Christopher J. Cormier (pro hac vice)
Matt Strauser (pro hac vice)
Ian Baize (pro hac vice)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Facsimile: (212) 836-6711
Margaret.Rogers@arnoldporter.com

Anne P. Davis (pro hac vice)
Matthew A. Eisenstein (pro hac vice)
Robert Katerberg (pro hac vice)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW Washington, DC 20001-3743
Tel. (202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com
robert.katerberg@arnoldporter.com

Beth A. Wilkinson (SBN NY 2181592)
Brian Stekloff (pro hac vice)
Kieran Gostin (SBN NY 4847653)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

*Counsel for Defendant Visa Inc.*

mstrauser@burnscharest.com
ibaize@burnscharest.com

Matthew Tripolitsiotis (Attorney Bar Code MT9413)
BURNS CHAREST LLP
757 Third Ave., 20th Floor
New York, NY 10017
Tel: (469) 895-5269
mtripolitsiotis@burnscharest.com

Warren T. Burns (pro hac vice forthcoming)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
wburns@burnscharest.com

/s/ *Adam J. Zapala*
Adam J. Zapala (pro hac vice)
Joseph W. Cotchett
Brian Danitz
Gia Jung
COTCHET, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com

*Executive Committee Counsel for Merchant Plaintiffs and the Proposed Class*

/s/ *Richard M. Paul III*
Richard M. Paul III (pro hac vice)
Mary Jane Fait (Attorney Bar Code 1669019)
Laura C. Fellows (pro hac vice)
David W. Bodenheimer (pro hac vice)
Paul LLP
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com

MaryJane@PaulLLP.com
Laura@PaulLLP.com
David@PaulLLP.com

*<u>/s/ Joseph R. Saveri</u>*
Joseph R. Saveri (pro hac vice)
Cadio Zirpoli (pro hac vice)
David H. Seidel (pro hac vice)
T. Brent Jordan (pro hac vice)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1505
San Fransico, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
dseidel@saverilawfirm.com
tbjordan@saverilawfirm.com

Christopher J. Hydal (Attorney Bar Code 5670492)
JOSEPH SAVERI LAW FIRM, LLP
40 Worth Street, Suite 602
New York, New York 10013
Tel: (646) 527-7310
chydal@saverilawfirm.com

*<u>/s/ Jason S. Hartley</u>*
Jason S. Hartley
Jason M. Lindner
Hartley LLP
101 W. Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.co

*Co-Lead Counsel for Cardholder Plaintiffs and the Proposed Class*